**Al Riefler, Plaintiff-Appellant, v. The Equitable Life Assurance Society of the United States, Defendant-Appellee.**

Gen. No. 47,562. 

First District, Second Division.

March 24, 1959.

Rehearing denied April 21, 1959.

Released for publication April 21, 1959.

Arthur S. Gomberg (Samuel Nineberg, of counsel) for Al Riefler, appellant; Roger W. Barrett, Edward R. Lev (Mayer, Friedlich, Speiss, Tierney, Brown & Platt, of counsel) for defendant-appellee. Opinion by PRESIDING JUSTICE LEWE. **Not to be published in full.**